UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RHONDA ENGLIN,

    Plaintiff,

vs.

TOTAL RENAL CARE, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:13-CV-4139-WEJ

## JUDGMENT

This action having come before the court, Honorable Walter E. Johnson, United States Magistrate Judge, the Court has reviewed the parties' Settlement Agreement and General Release [33-1] and finds that its terms are fair, reasonable, and satisfactory. .

The Court APPROVES the settlement and DISMISSES this case WITH PREJUDICE.

Dated at Rome, Georgia, this 9th day of January, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: *Kari Bull*

Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 9, 2015
James N. Hatten
Clerk of Court

By: *Kari Bull*

Deputy Clerk